UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           CASE NO. 19-80004-CR

vs.

Duwayne Jones /

MINUTES - CHANGE OF PLEA

On 2/1/19 the above named defendant appeared in person before the Honorable **Kenneth A. Marra**, United States District Judge, with Peter Birch, counsel appointed by the Court and/or retained by the defendant, and said defendant stated in open court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) One, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( ) The Court proceeded to pronounce sentence. (See J&C)
(✓) The Court postponed sentencing until 4/12/19 @ 9:30AM
( ) The defendant was allowed to remain on bond until sentencing.
( ) The defendant was remanded to the custody of the U. S. Marshal until a _____ bond in the amount of $_____ is approved and posted.
(✓) The defendant was remanded to the custody of the U. S. Marshal awaiting sentencing.

U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

AUSA Jennifer Nucci     Interpreter _____

Court Reporter: Stephen Franklin     Courtroom Deputy: Irene Ferrante

Time in Court: :20